UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE PHARON HACKETT,<br>Plaintiff,<br>v.<br>HERNANDEZ,<br>Defendant. | Case No. 1:26-cv-08207-FJS (PC)<br><br>ORDER TO SUBMIT COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS<br><br><u>THIRTY (30) DAY DEADLINE</u> |

Plaintiff Maurice Pharon Hackett ("Plaintiff") is a federal prisoner proceeding *pro se* in this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).[1] Although Plaintiff submitted an application to proceed *in forma pauperis*, the form appears to be intended for filing in connection with a petition for writ of mandate/prohibition in a criminal action. (*See* ECF No. 2.) In addition, Plaintiff did not include a certified copy of his inmate trust account statement, as required by 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within <u>thirty (30) days</u> of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of

[1] A preliminary review of the complaint indicates that Plaintiff raises claims against an officer at the Fresno County Jail. (*See* ECF No. 1.) The court therefore notes, without deciding, that this action may be more appropriately brought pursuant to 42 U.S.C. § 1983.

his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE